UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHA PRASAD, et al.,

    Plaintiffs,

v.

AMCO INSURANCE COMPANY,

    Defendant.

Case No. 19-cv-04211-JSW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 18

On November 8, 2019, the Court issued an Order requiring the parties to file a supplemental case management statement. That statement was due by 12:00 p.m. on November 13, 2019. The parties have not complied with that deadline. Accordingly, by November 15, 2019, the parties shall SHOW CAUSE why monetary sanctions in the amount of $250.00 should not be imposed for their failure to comply with the Court's Order. The Court ADVISES the parties that filing the supplemental case management statement will not qualify as a response to this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: November 13, 2019

_____
JEFFREY S. WHITE
United States District Judge